No. —, original.  Ex parte Henry A. Ilse;

No. —, original.  Ex parte John Worster, Jr.; and

No. —, original.  Ex parte Atwell Curtis.  October 11, 1937.  The motions for leave to file petitions for writs of habeas corpus are denied.

No. —, original.  Ex parte Victor J. Evans.  October 11, 1937.  Motion for leave to file petition for writ of mandamus denied.